**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID EMMONS,** | : | **Civ. No. 1:25-CV-2279** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **SUSAN MILLER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 3rd day of August 2026, in accordance with the accompanying Memorandum IT IS ORDERED the pending motions to compel (Docs. 15, 24, 25), are DENIED at this time without prejudice to renewal of discovery, if necessary, following resolution of the pending and potentially dispositive motions.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge